UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-14222-CV-MIDDLEBROOKS/MAYNARD

THEODORE KEITH GRIFFIN,

    Plaintiff,

v.

MARTIN COUNTY, *et al.,*

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Shaniek Mills Maynard's Report and Recommendation ("Report"), issued on December 14, 2023. (DE 17). The Report recommends denying Plaintiff's renewed Application to Proceed in District Court without PrePaying Fees or Costs (DE 15), denying Plaintiff's Motion for Leave to Amend Complaint (DE 16), and Dismissing without Prejudice Plaintiff's Amended Complaint (DE 14) under the "three-strikes rule" of the Prison Litigation Reform Act. Plaintiff did not file any objections and the deadline to do so has passed.

Having reviewed the Report and applicable law, I agree with Magistrate Judge Mills Maynard's conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 17) is **ADOPTED**.

(2) Plaintiff's Motion for Leave to Proceed in forma pauperis (DE 15) is **DENIED.**

(3) Plaintiff's Motion for Leave to Amend Complaint (DE 16) is **DENIED.**

(4) The Amended Complaint (DE 14) is **DISMISSED WITHOUT PREJUDICE.**

2

(5) The Clerk of Court shall **CLOSE THIS CASE.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 2nd day of January, 2024.

Donald M. Middlebrooks
United States District Judge

cc: Honorable Shaniek Mills Maynard
Counsel of Record